NICHOLAS DE CILLA (Also Known as NICOLANGELO DE CILLA), Respondent, v. ISABELLA FERRARA and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RAIMUNDO RUIZ, Respondent, v. FRENCH & COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MARGARET P. BYRNE, as Administratrix, etc., of ETTA H. PHILLIPS, Deceased, to Discover Certain Property of Said Deceased, Claimed to Be Withheld. MARGARET P. BYRNE, Respondent; CHARLES L. APFEL, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under a Certain Indenture of Trust Dated January 16, 1924, Made by FANNIE D. LEWIS, as Grantor, Appellant, v. DORIS LEWIS, Respondent, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [163 Misc. 591.]

LINDA A. GRIFFITH, Appellant, v. DAVID W. GRIFFITH, Respondent, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a further amended complaint within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES COSTELLO, Appellant, v. SIGNAL TRANSPORTATION CORPORATION, Impleaded, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote to reverse and grant a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT CACCIATORE, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the defendant's guilt was not established beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN F. GUSH, Petitioner, against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE McKEE, Appellant.—Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.